*FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAY -2 PM 3: 33

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAYMOND SMITH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-4536** |
| **SHERIFF MARLIN GUSMAN, ET AL.** | **SECTION: "D"(3)** |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41 of the Federal Rules of Civil Procedure for failure to prosecute.

New Orleans, Louisiana, this 2nd day of May, 2007.

UNITED STATES DISTRICT JUDGE

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___